# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David Preslar ,

       Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                    3:11-cv-00651-FDW

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/26/2012 Order.

                                           Signed: October 29, 2012

                                           Frank G. Johns, Clerk
                                           United States District Court